| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Krishna Prasad Adhikari, et al.
   *Plaintiff(s),*

v.                                                     Case No. 4:16–cv–02478

KBR Inc., et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Sealed Motion – #125
Sealed Motion – #127
Motion for Continuance – #139

DATE:   **1/24/2020**

TIME:   **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                Date: December 30, 2019

By Deputy Clerk, A. Rivera