United States District Court
Southern District of Texas
**ENTERED**
May 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KRISHNA PRASAD ADHIKARI,** *et al*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-2478 |
| | § | |
| **KBR INC.,** *et al*, | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

Pending before the Court is Plaintiffs' Motion to Extend Discovery Deadline and Motion to Expedite Briefing. (Docs. 216, 218). After reviewing Plaintiffs' Motions and the record as a whole, the Court finds that the Motion to Extend Discovery Deadline should be **GRANTED**. Given this Court's order for Defendants to produce additional discovery, Defendants' representations about the time it would take to do so, and Defendants' Motion for Reconsideration, the Court finds that discovery cannot feasibly be completed by May 14, 2021.

The Court vacates the discovery deadline of May 14, 2021, with an amended scheduling order to be put into place five (5) days after the Court's resolution of Defendant's Motion for Reconsideration. (Doc. 213). In light of this ruling, Plaintiffs' Motion to Expedite Briefing is also **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of April, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE