United States District Court
Southern District of Texas
**ENTERED**
June 14, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KRISHNA PRASAD ADHIKARI, *et al.*, ) | |
| ) | Civil Action No. 4:16-CV-02478 |
| Plaintiffs, ) | |
| ) | Judge Keith P. Ellison |
| v. ) | |
| ) | |
| KBR, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING COUNSEL'S MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF SANJIV GURUNG

Upon consideration of Counsel's Motion for Leave to Withdraw from Representation of Plaintiff Sanjiv Gurung, it is on this 11th day of June, 2021, hereby

ORDERED, that Counsel's Motion for Leave to Withdraw from Representation of Plaintiff Sanjiv Gurung be, and the same is, hereby GRANTED; and it is further

ORDERED, that Plaintiffs' Counsel are granted leave to withdraw as counsel for Plaintiff Sanjiv Gurung.

**IT IS SO ORDERED.**

_____
The Honorable Keith P. Ellison
United States District Judge