# Exhibit 2

| | |
|---|---|
| **From:** | Michael Brightman |
| **To:** | Agnieszka M. Fryszman; hoffpaul@aol.com; Nicholas Jacques |
| **Cc:** | Geoffrey L. Harrison; Rick Hess; Jeff McLaren |
| **Subject:** | [EXTERNAL] KBR A2 Depo Scheduling |
| **Date:** | Tuesday, January 25, 2022 12:18:10 PM |

Chris Heinrich is available for depo on Feb 10, Cheryl Ritondale is available on Feb 15, and Jill Pettibone is available on Feb 17. Please let us know if these dates work by COB Friday Jan 28. Thanks.

**Michael Brightman**
**ASSOCIATE**
**SUSMAN GODFREY L.L.P.**
mbrightman@susmangodfrey.com
713-653-7894 DIRECT  |  818-519-2488 CELL
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

This e-mail may contain privileged and confidential information.  If you received this message in error, please notify the sender and delete it immediately.