UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KRISHNA PRASAD ADHIKARI et al,** | § § | |
| **Plaintiffs,** | § § | |
| VS. | § § | CIVIL ACTION NO. 4:16-CV-2478 |
| **KBR INC., et al.,** | § § § | |
| **Defendants.** | § § | |

# ORDER

The parties have filed a Joint Submission Regarding Proposed Schedules. (Doc. 262.) The court ADOPTS plaintiffs' proposed schedule. All deadlines will be reset in accordance with the schedule described below:

1. FACT DISCOVERY shall be completed by June 14, 2022.

2. EXPERT WITNESSES for the Plaintiff will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it by July 28, 2022.

3. EXPERT WITNESSES for the Defendants will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it by September 12, 2022.

4. EXPERT DISCOVERY must be completed by October 26, 2022.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by October 26, 2022.

6.     JOINT PRETRIAL ORDER and MOTION *IN LIMINE* will be filed by December 20, 2022.

7.     TRIAL will begin at 9:00 a.m. on January 24, 2023.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 2nd day of February, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE