# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KRISHNA PRASAD ADHIKARI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>KBR, INC., *et al.*, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.: 4:16-CV-2478<br><br>JUDGE KEITH P. ELLISON |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

On May 11, 2022, the parties requested a stay from this Court as they had reached an agreement in principle to resolve this case. Dkt. 281. At that time, the parties explained they intended to file a notice of dismissal at the appropriate time. *Id*. All matters in controversy in this action now having been resolved, Plaintiffs respectfully request that this action be dismissed with prejudice pursuant to Rule 41(a)(2).

Plaintiffs have conferred with Counsel for Defendants who do not oppose this motion. A proposed Order is attached as Exhibit 1.

The parties wish to thank the Court and its staff for its thoughtful management of this action.

Dated: July 15, 2022

Respectfully submitted,

/s/ Agnieszka M. Fryszman
Agnieszka M. Fryszman
Attorney in charge, *pro hac vice*
Nicholas J. Jacques, *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL PLLC**

1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afryszman@cohenmilstein.com
njacques@cohenmilstein.com

Paul L. Hoffman, *pro hac vice*
John Washington, *pro hac vice*
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES L.L.P.**
200 Pier Ave. #226
Hermosa Beach, CA 90254
Tel: (310) 396-0731
Fax: (310) 396-7040
hoffpaul@aol.com
jwashington@sshhlaw.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed *Plaintiffs' Unopposed Motion to Dismiss with Prejudice* with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record.

Dated:   July 15, 2022                                     /s/ Agnieszka M. Fryszman
                                                                        Agnieszka M. Fryszman