United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISHNA PRASAD ADHIKARI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KBR, INC., *et al.*, <br><br> Defendants. | Civil Action No. 4:16-CV-02478 <br><br> Judge Keith P. Ellison |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Upon consideration of Plaintiffs' Unopposed Motion to Dismiss with Prejudice, it is on this 15th day of July, 2022, hereby

ORDERED, that Plaintiffs' Motion be, and the same is, hereby GRANTED.

The claims of Plaintiffs Krishna Prasad Adhikari, Biplav Bhatta, Lukendra Gurung and Suraj Lamichhane are DISMISSED WITH PREJUDICE.

It is so ORDERED.

*[signature]*
The Honorable Keith P. Ellison
United States District Judge